UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HERMAN L. BARTON, JR., | ) | |
| Plaintiff, | ) | 2:11-cv-2098-JCM-RJJ |
| vs. | ) | |
| FREMONT STREET EXPERIENCE, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for February 23, 2012, at 9:30 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Herman L. Barton, Jr., is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

DATED this  18th  day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge