1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                                DISTRICT OF NEVADA

7                                        * * *

8    HERBERT L. BARTON, JR.,              )
                                          )
9                Plaintiff,               )        2:11-cv-2098-JCM-RJJ
                                          )
10   vs.                                  )
                                          )
11   FREMONT STREET EXPERIENCE,           )        O R D E R
                                          )
12               Defendant,               )
     ─────────────────────────────────────)

13
             This matter is before the Court on an Application to Proceed in District Court Without
14
     Prepaying Fees or Costs (#1).
15
             The Court having reviewed the Application (#1) and the proposed complaint attached
16
     thereto and good cause appearing therefore,
17
             IT IS HEREBY ORDERED that a status hearing is scheduled for September 7, 2012, at
18
     1:30 PM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas
19
     Blvd. So., Las Vegas, Nevada.
20
             IT IS FURTHER ORDERED that only Plaintiff, Herbert L. Barton,  is required to appear
21
     in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a
22
     recommendation that this case be dismissed.
23
             IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
24
     Plaintiff by certified mail, return receipt requested.
25
             DATED this  8th  day of August, 2012.
26

27

28   _____
     ROBERT J. JOHNSTON
     United States Magistrate Judge